UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CASE LEROY,

                            Plaintiff,                                      **ORDER**

            -against-                                            21-cv-6008 (NSR) (AEK)

LIVINGSTON MANOR CENTRAL
SCHOOL DISTRICT, et al.,

                            Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Plaintiff's counsel failed to appear at the telephonic status conference that was scheduled for June 14, 2022. Accordingly, the status conference is hereby rescheduled for **Friday, June 17, 2022, at 10:30 a.m.** and shall once again take place via teleconference, as set forth below.

      **On or before June 16, 2022, Plaintiff must file a letter responding to Defendants' June 6, 2022 letter (ECF No. 21), which raised certain disputes regarding Plaintiff's discovery responses. These issues will be addressed at the June 17, 2022 conference. Counsel should be prepared to discuss the issues in greater detail. If Plaintiff fails to respond to the June 6, 2022 letter, the Court may deem him to have waived any argument in response to the issues identified by Defendants in the June 6, 2022 letter.**

      In addition, on or before June 15, 2022, Defendants are directed to file the following documents referenced in their June 6, 2022 letter: (1) Plaintiff's Rule 26(a)(1) disclosures; (2) Defendants' interrogatories; and (3) Plaintiff's responses to Defendants' interrogatories. These documents should be filed on ECF as three exhibits to a new letter.

      To access the teleconference on June 17, 2022, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to

enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: June 14, 2022
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge