UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
LEROY,

                Plaintiff(s),

- against -

LIVINGSTON MANOR CENTRAL
SCHOOL DISTRICT, et al.,

                Defendant(s).
---------------------------------------------------------x

**ADJOURNMENT ORDER**

21 Civ. 6008 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

Magistrate Judge Krause informed this Court on December 8, 2022 that discovery was completed in this case. On December 13, 2022, the Court emailed counsel to inquire if either/or both parties intended to file a motion for summary judgment. Both parties responded separately stating they would each file a motion for summary judgment. The parties were directed to file their pre-motion letters by 5:00 PM on Friday, December 16, 2022 and responses thereto by 5:00 PM on Tuesday, December 20, 2022.

In light of the anticipated motion practice, the telephonic Status Conference scheduled for December 21, 2022 is adjourned *sine die*.

SO ORDERED.

Dated: White Plains, NY
       December 14, 2022

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2022