UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

CASE LEROY,

                Plaintiff,          Docket No. 21-cv-6008(NSR)

    - against-

                                        **CERTIFICATE OF SERVICE**

LIVINGSTON MANOR CENTRAL SCHOOL
DISTRICT and JOHN P. EVANS, in his
capacity as Superintendent of Schools of
Livingston Manor Central School District,

                Defendants.

- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2023

    JEROME T. DORFMAN, an attorney duly admitted to practice before the courts of the State of New York and this Court, hereby certifies that on May 19, 2023 I served a copy of plaintiff's Reply Declaration in Support of Motion for Summary Judgment, together with the exhibit annexed thereto, Reply Memorandum of Law, and Response to Defendants Statement of Material Facts, upon the defendant by depositing true copies thereof, in a secure postage-paid wrapper, in a depository regularly maintained by the United States Postal Srvice in the State of New York, addressed to defendant's attorneys, Sokoloff Stern LLP, at 179 Westbury Avenue, Carle Place, NY 11514, that being the address designated by them for service of papers.

Dated: May 19, 2023                                      s/_____
                                                                  Jerome T. Dorfman

    The Clerk of the Court is directed to terminate this motion at ECF No. 76, as it is not a motion; rather, it is a certificate of service that relates to the motion filed at ECF No. 58.

Dated: July 14. 2023
        White Plains, NY

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE