**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
CASE LEROY,

                    Plaintiff,

    -against-                                                21 **CIVIL** 6008 (NSR)

                                                                   **JUDGMENT**

LIVINGSTON MANOR CENTRAL SCHOOL
DISTRICT and JOHN P. EVANS, in his capacity as
Superintendent of Schools of Livingston Manor
Central School District,

                    Defendants.
------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated April 5, 2024, the Defendants' motion for summary judgment is granted and Plaintiff's cross-motion for partial summary judgment is denied. Plaintiff's causes of action are dismissed in their entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      April 8, 2024

                                                                 **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                **BY:**         K. Mango

                                                                  **Deputy Clerk**