UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

CASE LEROY,

               Plaintiff,         Docket No. 21-cv-6008(NSR)

        - against-          **NOTICE OF APPEAL**

LIVINGSTON MANOR CENTRAL SCHOOL
DISTRICT and JOHN P. EVANS, in his
capacity as Superintendent of Schools of
Livingston Manor Central  School District,

              Defendants.

- - - - - - - - - - - - - - - - - - - x

      Notice is hereby given that plaintiff Case Leroy hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment (Dkt. 87) entered on April 8, 2024, the Opinion and Order (Dkt. 86) granting Defendants' motion for summary judgment and denying Plaintiff's motion for summary judgment, entered on April 5, 2024, and all opinions and orders that merge therein.

Dated: May 3, 2024

                          /s/ *Jerome T. Dorfman*
                          Jerome T. Dorfman
                          *Attorney for Plaintiff Case Leroy*
                          8 Breezy Hill Road
                          Parksville, New York 12768
                          Phone: (845) 747-9403
                          Email: *jdlawny@verizon.net*

**Certificate of Service**

The undersigned certifies he electronically filed the foregoing Notice of Appeal via the CM/ECF system for the Southern District of New York, thus sending the Notice of Appeal to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: May 3, 2024

/s/ *Jerome T. Dorfman*
Jerome T. Dorfman