```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASE LEROY,<br><br>                    Plaintiff,<br><br>-against-<br><br>LIVINGSTON MANOR CENTRAL SCHOOL DISTRICT, ET AL.,<br><br>                    Defendants. | 21-cv-6008<br><br>ORDER |

NELSON S. ROMÁN, United States District Judge:

By order of the U.S. Circuit Court of Appeals, Second Circuit, 24-1241, dated January 5, 2026, the instant action is restored to the Court's calendar. (ECF No. 98.) Pursuant to the Second Circuit Order, Plaintiff Case Leroy's claims as against Defendants Livingston Manor Central School District and John P. Evans (in his capacity as Superintendent of Schools of Livingston Manor Central School District) are re-instated. (*Id.*)

The Court directs the Parties to meet and confer within the next 10 business days and to update the Court on how the Parties would like to proceed.

Dated:   January 9, 2026                                              SO ORDERED:
             White Plains, New York

                                                                                  _____
                                                                                  NELSON S. ROMÁN
                                                                                  U.S. District Court Judge, S.D.N.Y.

1