*Law Offices of*
*Jerome T. Dorfman*
*8 Breezy Hill Road*
*Parksville, New York 12768*
*(845) 747-9403*
*e-mail: jdlawny@verizon.net*

January 22, 2026

Hon. Nelson S. Román
U.S.D.C., S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

Re: LeRoy v. Livingston Manor Central School District
    Docket No. 21-cv-6008(NSR)

Dear Judge Roman:

    I represent the plaintiff in the above-referenced action. In accordance with your Honor's Order, I have conferred with Steven Stern, Esq. counsel for the defendant and we respectfully request that you arrange for a settlement conference with Magistrate Krause.

Very truly yours,

s/

Jerome T. Dorfman

cc. Steven Stern, Esq.
    Adam Shulman, Esq.